**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gillespie County, Texas
216th District Court
101 West Main St. Mail Unit 3 Room 204
Fredericksburg, TX 78624-3700

9590 9402 7512 2098 3301 65

2. Article Number *(Transfer from service label)*

9589 0710 5270 2121 5136 64

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X M Saz agent
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
M Saz agent

C. Date of Delivery
11-24-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

AUSTIN TX 786

25 NOV 2025AM 2 L

9590 9402 7512 2098 3301 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

DEC 02 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

DEC 02 2025

SCREENED BY CSO.S

25CV1154